U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

ALEXIAN BROTHERS HOSPITAL NETWORK, et al.,
    Plaintiffs,
v.
NATIONAL IMAGING ASSOCIATES, INC.,
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALEXIAN BROTHERS HOSPITAL NETWORK, ALEXIAN BROTHERS MEDICAL CENTER and ST. ALEXIUS MEDICAL CENTER

FILED: JULY 28, 2008
08CV4268
JUDGE ST. EVE
MAGISTRATE JUDGE COLE

| | |
|---|---|
| NAME (Type or print)<br>John E. Dougherty | TC |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John E. Dougherty | |
| FIRM | |
| STREET ADDRESS<br>252 North Montclair Avenue | |
| CITY/STATE/ZIP<br>Glen Ellyn, IL 60137 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6185309 | TELEPHONE NUMBER<br>630-881-6059 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |