U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number:

ALEXIAN BROTHERS HOSPITAL NETWORK, et al.,
    Plaintiffs,
  v.
NATIONAL IMAGING ASSOCIATES, INC.
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALEXIAN BROTHERS HOSPITAL NETWORK, ALEXIAN BROTHERS MEDICAL CENTER and ST. ALEXIUS MEDICAL CENTER

```
FILED: JULY 28, 2008
08CV4268
JUDGE ST. EVE
MAGISTRATE JUDGE COLE
```

| | |
|---|---|
| NAME (Type or print) <br> Daniel J. Lawler | TC |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel J. Lawler | |
| FIRM <br> Bell, Boyd & Lloyd LLP | |
| STREET ADDRESS <br> 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180981 | TELEPHONE NUMBER <br> 312-807-4289 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |