IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALEXIAN BROTHERS HOSPITAL NETWORK, )
ALEXIAN BROTHERS MEDICAL CENTER,     )
and ST. ALEXIUS MEDICAL CENTER,      )
                                     )
            Plaintiffs,              )
                                     )   No.
        v.                           )
                                     )
NATIONAL IMAGING ASSOCIATES, INC.,   )
                                     )
            Defendant.               )

FILED: JULY 28, 2008
08CV4268
JUDGE ST. EVE
MAGISTRATE JUDGE COLE

TC

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Alexian Brothers Hospital Network ("ABHN") has no parent company and has

no stock that is publicly held.  ABHN is the parent company of plaintiffs Alexian Brothers

Medical Center ("ABMC") and St. Alexius Medical Center ("SAMC").  ABMC and SAMC

have no stock that is publicly held.

Respectfully submitted,

ALEXIAN BROTHERS HOSPITAL
NETWORK, ALEXIAN BROTHERS
MEDICAL CENTER and ST. ALEXIUS
MEDICAL CENTER, Plaintiffs

By:  /s John E. Dougherty
                One of their Attorneys

Daniel J. Lawler
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602
dlawler@bellboyd.com
(312) 807-4289

John E. Dougherty
252 North Montclair Avenue
Glen Ellyn, IL  60137
jmdocs@ameritech.net
(630) 881-6059

987230/D/1