IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXIAN BROTHERS HOSPITAL NETWORK, ALEXIAN BROTHERS MEDICAL CENTER, and ST. ALEXIUS MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL IMAGING ASSOCIATES, INC.,<br><br>Defendant. | No. 08-CV-4268<br><br>Judge St. Eve |

## PLAINTIFFS' AMENDED RULE 7.1 DISCLOSURE STATEMENT

The parent company of plaintiff Alexian Brothers Hospital Network ("ABHN") is Alexian Brothers Health System. ABHN has no stock that is publicly held. ABHN is the parent company of plaintiffs Alexian Brothers Medical Center ("ABMC") and St. Alexius Medical Center ("SAMC"). ABMC and SAMC have no stock that is publicly held.

Respectfully submitted,

ALEXIAN BROTHERS HOSPITAL
NETWORK, ALEXIAN BROTHERS
MEDICAL CENTER and ST. ALEXIUS
MEDICAL CENTER, Plaintiffs

By: /s Daniel J. Lawler
      One of their Attorneys

Daniel J. Lawler
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
dlawler@bellboyd.com
(312) 807-4289

John E. Dougherty
252 North Montclair Avenue
Glen Ellyn, IL 60137
jmdocs@ameritech.net
(630) 881-6059

987230/D/1