AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ALEXIAN BROTHERS HOSPITAL NETWORK, et al.

    Plaintiffs,

V.

NATIONAL IMAGING ASSOCIATES, INC.,

    Defendant.

CASE NUMBER: 08CV4268

JUDGE ST. EVE

ASSIGNED JUDGE: MAGISTRATE JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

National Imaging Associates, Inc.
c/o Illinois Corporation Service Company
Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John E. Dougherty
252 North Montclair Avenue
Glen Ellyn, IL 60137

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

---
(By) DEPUTY CLERK

July 28, 2008
---
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/31/08 |
| NAME OF SERVER (PRINT) Robert H. Oney, Jr. | TITLE Process Server P.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service: IL CORP. SERVICE CO. Reg. Agent: Nat'l. Imaging Assoc., Inc. 801 Adlai Stevenson Dr. Spfld., IL 62703

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/31/08
Signature of Server

Address of Server: 1032 E. Second St. Spfld., IL 62704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Courthouse Courier**
Private Process Service
A division of Bill Clutter Investigations, Inc.
IL Private Detective Agency Lic. #117-001206

Caption: ALEXIAN BROS. HOSPITAL NETWORK, et al. v. NAT'L IMAGING ASSOC., INC.

Case #: 08-CV-4268

## AFFIDAVIT OF SERVICE

I, **Robert H. Oney, Jr.**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

- [X] Summons and Complaint
- ___ Subpoena
- ___ Notice of Hearing
- ___ Rule to Show Cause
- ___ Citation to Discover Assets
- ___ Forcible Entry and Detainer
- ___ Other: _____

DATE AND TIME OF SERVICE:
7/31/2008  10:05 am

LOCATION/ADDRESS DELIVERED:
801 Adlai Stevenson Dr.
Spfld., IL 62703

That I personally handed the above-described documents to:

Holly Blankenship - ICSC

PHYSICAL DESCRIPTION:
Ht. 5'6"   Wt. 140#
Race W   Age 30's
Male ___   Female X

That I made the following type of service:

- ___ Personal service on the defendant/witness/ or named party.

- ___ Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

- [X] Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

- ___ Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

_____
Agent: Robert H. Oney, Jr. (129-289533)

|  | Date/Time | Mileage | Agent's Time |  |
|---|---|---|---|---|
| First service attempt: | 7/31 10:05am |  |  | Total |
| 2nd attempt: |  |  |  | Miles: ___ |
| 3rd attempt: |  |  |  | Time: ___ |
| 4th attempt: |  |  |  | Fee: ___ |

1032 South Second Street Springfield, IL 62704 (217) 528-5997