UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of:

*Alexian Brothers Hospital Network, et al.  v. National Imaging Associates, Inc.*

Case Number: 08 CV 4268

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant National Imaging Associates, Inc.**

| | |
|---|---|
| SIGNATURE       /s/ Jason M. Kuzniar | |
| FIRM       Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| STREET ADDESS       120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP       Chicago, Illinois 60602 | |
| ID NUMBER       6270123 | TELEPHONE NUMBER       312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

511548.1

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on the 14th day of August 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

John E. Dougherty, Esq.        Daniel J. Lawler, Esq.
(jmdocs@ameritech.net)        (dlawler@bellboyd.com)

             _/s/ Jason M. Kuzniar_
             Jason M. Kuzniar

511548.1