UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of:

*Alexian Brothers Hospital Network, et al.  v. National Imaging Associates, Inc.*

Case Number: 08 CV 4268

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant National Imaging Associates, Inc.**

| | |
|---|---|
| SIGNATURE  */s/ Daniel E. Tranen* | |
| FIRM  Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| STREET ADDESS  120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | |
| ID NUMBER  6244878 | TELEPHONE NUMBER  312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

511555.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 14th day of August 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

| | |
|---|---|
| John E. Dougherty, Esq. | Daniel J. Lawler, Esq. |
| (jmdocs@ameritech.net) | (dlawler@bellboyd.com) |

                                              */s/ Daniel E. Tranen*
                                                Daniel E. Tranen