IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXIAN BROTHERS HOSPITAL NETWORK, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 CV 4268 |
| NATIONAL IMAGING ASSOCIATES, INC., | ) ) | Judge St. Eve<br>Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

To: *See* Certificate of Service

    **PLEASE TAKE NOTICE** that on the 20th day of August, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve in Room 1241 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Agreed Motion for Extension of Time to File Responsive Pleading**, a copy of which is attached and hereby served upon you.

                                                **National Imaging Associates, Inc., Defendant**

                                                By: */s/ Jason M. Kuzniar*_____
                                                      One of their attorneys

Daniel E. Tranen, Esq.
Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 N. LaSalle St., Suite 2600
Chicago, IL 60602
Tel: 312-704-0550

511547.1

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on the 14th day of August 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

| | |
|---|---|
| John E. Dougherty, Esq. | Daniel J. Lawler, Esq. |
| (jmdocs@ameritech.net) | (dlawler@bellboyd.com) |

                                       _/s/ Jason M. Kuzniar_____
                                          Jason M. Kuzniar

511547.1