UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Alexian Brothers Hospital Network, et al.
                                              Plaintiff,

v.                                            Case No.: 1:08−cv−04268
                                              Honorable Amy J. St. Eve

National Imaging Associates, Inc.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Defendant's motion for an extension of time [13] is granted. Defendant to answer or otherwise plead on or before 9/19/08. Joint status report to be filed by 9/19/08. Initial status hearing set for 9/8/08 is stricken and reset to 9/23/08 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.